CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 18 2018

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| DARYLL SHUMAKE, | ) | Civil Action No. 7:18-cv-00264 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | By:   Hon. Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that the action is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1) and is

**STRICKEN** from the active docket.

**ENTER**: This ___18___ day of June, 2018.

/s/ Michael F. Urbanski
_____
Chief United States District Judge